**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Hakeem D. Smith,**

        *Petitioner,*

                                 **Case No. 3:06-cv-326**
v.                                         **Judge Thomas M. Rose**

**Warden, Lebanon Correctional Institution,**

        *Defendant.*

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF CHIEF UNITED STATES MAGISTRATE JUDGE MERZ** (DOC. 14)**, OVERRULING PETITIONER'S OBJECTIONS TO THE MAGISTRATE'S PROPOSED FINDINGS AND RECOMMENDATIONS,** (DOC. 16)**, DENYING PETITION FOR WRIT OF HABEAS CORPUS,** (DOC. 1)**, AND TERMINATING THE INSTANT CASE.**

---

Pending before the Court are Petitioner Hakeem D. Smith's Objections to the Chief Magistrate's Proposed Report and Recommendations. (Doc. 16). The Report and Recommendations of United States Chief Magistrate Judge Michael R. Merz, (Doc. 14), recommends that the Court dismiss the petition (Doc. 1) with prejudice, asserting that the Petitioner has procedurally defaulted. The Chief Magistrate Judge has filed a supplemental report and recommendation, (Doc. 17), prompting petitioner to file objections to the supplemental report and recommendation. (Doc. 18).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's

objections, (Docs. 16, 18), to the Magistrate Judge's Report and Recommendations, (Doc. 16, 18), are not well taken and they are hereby **OVERRULED**.  Wherefore, the Court **DISMISSES** the Petition (Doc. 1) **WITH PREJUDICE**.  The Clerk is **ORDERED** to terminate the instant case.

**DONE** and **ORDERED** this Thursday, July 19, 2007.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE